IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:12-cv-367-MEF |
| ) | WO - Do Not Publish |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's objection (Doc. #31) to the Recommendation of the Magistrate Judge filed on August 20, 2013, is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #30) filed on August 6, 2013, is adopted;

3. Plaintiff's motion (Doc. # 20) to supplement the record or, in the alternative, to remand to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) is DENIED; and the decision of the Commissioner is AFFIRMED.

DONE this the 10th day of September, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE